# UNITED STATES DISTRICT COURT
for the

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:18-cr-1027 |
| JEREMY JOHN KIEFFER | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jeremy Kieffer.

Date: 07/16/2018

/s/ Matt Noel
*Attorney's signature*

Matthew L. Noel AT0009781
*Printed name and bar number*

1320 11th Street NW
Clinton, IA 52732

*Address*

mnoel@thenoellawfirm.com
*E-mail address*

(563) 559-2800
*Telephone number*

(563) 559-2645
*FAX number*