IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
DUBUQUE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) NO. 18-cr-1027 |
| JEREMY KIEFFER, | ) |
| Defendant. | ) |

MOTION TO WITHDRAW

COMES NOW Jennifer Frese and hereby moves to withdraw and states the following:

1. The undersigned was appointed to represent the Defendant.
2. On July 19, 2018, Attorney Matthew Noel entered and appearance on behalf of the Defendant.
3. The undersigned should be terminated as counsel of record.

JEREMY KIEFFER, Defendant

/s/ Jennifer Frese
Jennifer Frese, Attorney AT0008317
Johnson, Bonzer, and Barnaby PLC
103 S 2nd Ave, Marshalltown, Iowa 50158
Phone: 515-955-2193 (Cell: 515-570-4989)
Email: jennifer@johnson-bonzer.com
ATTORNEY FOR DEFENDANT