# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:18-CR-1027 |
| | ) | |
| JEREMY JOHN KIEFFER, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF AGREEMENT TO STANDARD DISCOVERY ORDER

Comes the Defendant, Jeremy Kieffer, by and through his attorney, Matthew L. Noel and hereby notifies this Court the undersigned has reviewed the language in the standard discovery order and hereby asks the Court to enter said order in this case.

Respectfully submitted,

/s/ Matt Noel
Matthew L. Noel Iowa Bar #0009781
THE NOEL LAW FIRM P.C.
1320 11th Street NW
Clinton, IA 52732
Phone (563) 559-2800
Fax (563) 559-2654
Email: mnoel@thenoellawfirm.com
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify a copy of this foregoing document
was served on all parties of the case on July 26, 2018
by filing this document on the CM/ECF system

/s/ Matt Noel