IN THE UNITED STATES DISTRICT COURT
FROTH THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| UNITED STATED OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 2:18-CR-1027 |
| Vs. | ) | |
| | ) | MOTION TO WITHDRAW |
| JEREMY KIEFFER | ) | |
| Defendant. | ) | |

  COMES NOW, the undersigned attorney, Matthew L. Noel, and moves this honorable Court to allow him to withdraw as attorney for the Defendant in the above case. The Defendant notified the undersigned, that he no longer wishes for the undersigned to represent him in this case.

              /s/ Matthew L. Noel
              THE NOEL LAW FIRM
              Matthew L. Noel AT0009781
              1320 11th Street NW suite F
              Clinton, IA 52732
              Phone: (563) 559-2800
              Fax:  (563) 559-2645
              Email: mnoel@thenoellawfirm.com
              Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2018, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail ____ Fax _____Hand Delivery

_X _ECF/Electronic filing ____Other means

ATTORNEY FOR DEFENDANT

____/s/ Matthew L. Noel_____