IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JEREMY KIEFFER, <br><br> Defendant. | No. 18-CR-1027 LTS <br><br> **ORDER SCHEDULING HEARING** |

_____

Before the Court is defense counsel's Motion to Withdraw. (Doc. 21).

A hearing on this motion will take place before the undersigned on **Wednesday, August 1, 2018, at 1:00 p.m.;** 111 7th Avenue SE, Courtroom 3, Cedar Rapids, Iowa.

The defendant's presence is required. The United States' presence is also required.

**IT IS SO ORDERED** this 31st day of July, 2018.

_____
C.J. Williams
Chief United States Magistrate Judge
Northern District of Iowa