# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JEREMY JOHN KIEFFER, Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 2:18-cr-1027-LTS-3<br>Presiding Judge: C.J. Williams, Chief Magistrate<br>Deputy Clerk: Paul Coberly<br>Official Court Record: Patrice Murray   Contract? No |

| Date: | 8/1/2018 | Start: | 1:09 PM | Adjourn: | 1:15 PM | Courtroom: | 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | | Time in Chambers: | -- | | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Dan Chatham | | | | | | | |
| | Defendant(s): | Matthew L. Noel (Defendant appears personally) | | | | | | | |
| | U.S. Probation: | -- | | | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone: | -- |

**TYPE OF PROCEEDING:** MOTION HEARING

Contested? No   Continued from a previous date? No

| MOTION: | 1. | Motion to withdraw as attorney by Mr. Noel | Doc. # | 21 |
|---|---|---|---|---|
| | Ruling: | Granted | Order to follow? | Yes |
| | 2. | -- | Doc. # | |
| | Ruling: | | Order to follow? | |

**Witness/Exhibit List is** N/A

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:** Court discusses attorney representation with the defendant.

Defendant informs the court that his family intends to retain attorney Raphael M. Scheetz.

If the court does not get notified that a new attorney enters an appearance by Wednesday, August 8, the court will set this matter for a status hearing to ascertain what the status of attorney representation is.