# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. JEREMY JOHN KIEFFER, Defendant(s) | **HEARING MINUTES** Sealed: No <br> Case No.: 2:18-cr-1027-LTS <br> Presiding Judge: C.J. Williams, Chief Magistrate <br> Deputy Clerk: Paul Coberly <br> Official Court Record: FTR Gold    Contract? -- |

| Date: | 8/8/2018 | Start: | 11:56 AM | Adjourn: | 12:01 PM | Courtroom: | 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | | | Telephonic? | No |
| Appearances: | Plaintiff(s): | SAUSA Drew O. Inman | | | | | | | |
| | Defendant(s): | Defendant appears personally | | | | | | | |
| | U.S. Probation: | -- | | | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone: | -- |

**TYPE OF PROCEEDING:** STATUS CONFERENCE    Contested? No    Continued from a previous date? No

| | |
|---|---|
| Motion(s): | -- |
| Ruling: | -- |
| Matters discussed: | |

Matter comes on for hearing on the status of attorney representation.

Court questions the defendant regarding the attempts his family has made of retaining an attorney. Defendant informs the court that his mother has obtained the funds to retain an attorney. She has been in contact with attorney Ray Scheetz, and was also going to speak with attorney Mike Lahammer.

Court alerts the defendant that this case will proceed forward and will not be delayed. Defendant requests that a court-appointed attorney be appointed at this time.

**Witness/Exhibit List is** N/A

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:** --