IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NO. 18-cr-1027 |
| JEREMY JOHN KIEFFER, | ) | |
| Defendant. | ) | |

**UNRESISTED DEFENDANT'S
MOTION FOR PERMISION TO MARRY**

COMES NOW, defendant, Jeremy John Kieffer, through counsel, respectfully requests permission from this Court to marry, and states in support as follows:

1. The defendant was indicted on July 11, 2018, pursuant to a four-count indictment.
2. The defendant has been detained at the Linn County Jail since his arrest.
3. The defendant is seeking permission to marry Katie Harry.
4. Assistant U.S. Attorney Drew Inman has been contacted and indicates he does not resist the defendant's motion.

For the foregoing reasons, the defendant respectfully requests permission from this Court to marry Katie Harry.

JEREMY JOHN KIEFFER, Defendant

/s/ Jennifer Frese
Jennifer Frese, Attorney AT0008317
Johnson, Bonzer, and Barnaby PLC
103 S 2nd Ave, Marshalltown, Iowa 50158
Phone: 515-955-2193 (Cell: 515-570-4989)
Email: jennifer@johnson-bonzer.com
ATTORNEY FOR DEFENDANT