IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
Eastern DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NO. 18-cr-1027-LTS-3 |
| JEREMY JOHN KIEFFER, | ) | |
| Defendant. | ) | |

MOTION TO WITHDRAW

COMES NOW Jennifer Frese and states:

1. The undersigned has been appointed to represent the Defendant.

2. Attorney Raphael Scheetz has entered an appearance on behalf of the Defendant.

JEREMY JOHN KIEFFER, Defendant

 /s/ Jennifer Frese
Jennifer Frese, Attorney AT0008317
Johnson, Bonzer, and Barnaby PLC
103 S 2nd Ave, Marshalltown, Iowa 50158
Phone: 515-955-2193 (Cell: 515-570-4989)
Email: jennifer@johnson-bonzer.com
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2018
I electronically filed the foregoing with
the Clerk of Court using the ECF system
which will send notification of such filing
to the attorneys of record.

By: /s/ Jennifer Frese
    Attorney for Defendant