IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR 18-1027 LTS |
| Plaintiff, | ) | |
| | ) | MOTION TO CONTINUE TRIAL |
| vs. | ) | |
| | ) | |
| JEREMY J. KIEFFER, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the defendant, through counsel, and respectfully moves for a continuance of the trial scheduled during the two week period beginning on September 17, 2018. The defendant seeks a continuance of approximately sixty days.

The undersigned entered his appearance on behalf of the defendant on August 20, 2018.

The undersigned moves to continue the trial for two reasons. First, the undersigned needs more time to prepare. The undersigned is waiting to receive the case file and discovery materials from defendant's prior attorney.

Second, the undersigned is going on a family vacation with the last day being on September 18. Thus, the undersigned will not be in town on the day in which the trial is scheduled to start.

The government, through AUSA Drew O. Inman, has no objection to this motion to continue.

Pursuant to 18 U.S.C. § 3161(h)(8)(A), the granting of the continuance of the trial would serve the ends of justice and the best interests of the public and the defendant.

1

WHEREFORE, the defendant requests the court grant this motion for a continuance.

Dated and filed on this 22nd day of August, 2018.

/s/ Raphael M. Scheetz
Raphael M. Scheetz
425 2nd Street S.E.
Suite 1010
Cedar Rapids, Iowa 52401
319-378-7416
scheetzlaw@aol.com
ATTORNEY FOR DEFENDANT
