IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DUBUQUE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 18-CR-1027-CJW |
| vs. | ) |
| VAZQUEZ, ET AL, | ) |
| Defendant. | ) |

## WITHDRAWAL AND APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Special Assistant United States Attorney Drew O. Inman hereby withdraws his appearance and Assistant United States Attorney Dan Chatham hereby enters his appearance as counsel in this case for the Plaintiff, United States of America.

Respectfully submitted,

PETER E. DEEGAN, JR.
United States Attorney

By, */s/ Drew O. Inman*

DREW O. INMAN
Special Assistant United States Attorney

And, */s/ Dan Chatham*

DAN CHATHAM
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA  52401-2101
(319) 363-6333
(319) 363-1990 (Fax)
Dan.Chatham@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on September 24, 2018.

UNITED STATES ATTORNEY

BY: /s/   NML