# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. JEREMY JOHN KIEFFER, Defendant(s) | **HEARING MINUTES**  Sealed: No<br>Case No.: 2:18-cr-1027-CJW-3<br>Presiding Judge: Mark A. Roberts, Magistrate<br>Deputy Clerk: Paul Coberly<br>Official Court Record: FTR Gold   Contract? --<br>Contact Information: -- |

| Date: | 10/25/2018 | Start: | 12:04 PM | Adjourn: | 12:06 PM | Courtroom: | 4 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | | | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Anthony Morfitt | | | | | | | |
| | Defendant(s): | Raphael M. Scheetz | | | | | | | |
| | U.S. Probation: | -- | | | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone: | -- |

**TYPE OF PROCEEDING:** STATUS CONFERENCE  Contested? No  Continued from a previous date? No

Motion(s): --  Ruling: --

Matters discussed:

Trial is currently set for 11/19/2018.

Speedy trial calculation: 28 days elapsed, with the clock stopped.

Discovery: a search warrant application had not been put into discovery, which Mr. Scheetz alerted the government. Government has been unable to find the signed version; however, an unsigned version has been provided to Mr. Scheetz this week.

Plea possibility: Mr. Scheetz informs the court this case will not proceed to trial.

**Witness/Exhibit List is** N/A

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:** --