# IN THE DISTRICT COURT OF THE TWENTY-FIFTH JUDICIAL DISTRICT OF THE STATE OF OKLAHOMA SITTING IN AND FOR ATOKA COUNTY

THE STATE OF OKLAHOMA,
Plaintiff,

vs.

JEREMY JOHN KIEFFER
SSN: ███████
DOB: ███████
Defendant(s).

CASE NO: CF-2015-106

**FILED**
IN DISTRICT COURT

JUL 01 2015

ATOKA COUNTY, OKLAHOMA
APRIL MAXEY, Court Clerk
By: _____ Deputy

## JUDGMENT AND SENTENCE

Now, on this **13th** day of **May, 2015**, this matter comes on before the undersigned Judge for sentencing and the Defendant, **JEREMY JOHN KIEFFER**, appears personally and by his attorney, JAMES BRANAM, the State of Oklahoma represented by Matt Stubblefield, and the Defendant **JEREMY JOHN KIEFFER**, having entered a plea of: **NO CONTEST**
to/of the crime(s) of:

**UNLAWFUL POSSESSION OF CONTROLLED DRUG WITH INTENT TO DISTRIBUTE, a FELONY, 63 O.S. § 2-401(B)(2),**

committed on or about the 11th day of January, 2015.

(X)    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the Defendant, **JEREMY JOHN KIEFFER**, is guilty of the above described offenses and is sentenced as follows:

## TERM OF IMPRISONMENT WITH EXECUTION OF SENTENCE SUSPENDED IN PART

UNLAWFUL POSSESSION OF CONTROLLED DRUG WITH INTENT TO DISTRIBUTE

Sentenced to a term of: **TEN (10) YEARS WITH FIVE (5) YEARS TO SERVE AND FIVE (5) YEARS SUSPENDED**

Under the custody and control of: **(X)** Oklahoma Department of Corrections.

Suspension pursuant to the rules and conditions of probation entered by the court.

(XX) THESE TERMS TO BE SERVED AS FOLLOWS: CONCURRENTLY WITH CM-2015-8

(XX) THE DEFENDANT SHALL RECEIVE NO CREDIT FOR TIME SERVED

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT that in addition to the preceding terms, the Defendant is also sentenced to:

## COSTS, VCA AND RESTITUTION

(XX) THE DEFENDANT SHALL PAY COURT COST IN THE AMOUNT OF $ _326.00_

(XX) THE DEFENDANT SHALL PAY FINE IN THE AMOUNT OF $2500.00

(XX) THE DEFENDANT SHALL REPORT TO THE DOC PROBATION AND PAROLE FOR PERIOD OF 12 MONTHS.

(XX) THE DEFENDANT SHALL APPEAR FOR RULE 8 HEARING WITHIN 30 DAYS OF RELEASE.

CERTIFICATE OF TRUE COPY
I, April Maxey, Court Clerk of Atoka County, Oklahoma hereby certify that hte foregoing is a true, correct and complete copy of the instrument containing _____ pages herewith set out as appears of record in the Court Clerk's office of Atoka County, Oklahoma, this _____ day of _____, 20__
By _____ Deputy

**Government Exhibit 1**
**Case 18-CR-1027-CJW**

Page 2.

IT IS FURTHER ORDERED that judgment is hereby entered against the Defendant as to the fines, costs, and assessments set forth above.

The Court further advised the Defendant of his rights and procedure to appeal to the Court of Criminal Appeals of the State of Oklahoma, and of the necessary steps to be taken by him to perfect such appeal, and that if he desired to appeal and was unable to afford counsel and a transcript of the proceedings, that the same would be furnished by the State subject to reimbursement of the cost or representation in accordance with Title 22 O.S. § 1355.14. The Court further advised the Defendant that, in the event the above sentence is for a crime involving domestic violence where the Defendant is or was a spouse, intimate partner, parent, or guardian of the victim, or is or was involved in another similar relationship with the victim, it may be unlawful for him or her to possess, purchase, receive, transport or ship a firearm including a rifle, pistol or revolver or ammunition pursuant to federal law under Title 18 U.S.C. § 992(g)(8) or (9), or state law or both.

In the event the above sentence is for incarceration in the Department of Corrections, the Sheriff of Atoka County, Oklahoma is ordered and directed to deliver the Defendant to the Lexington Assessment and Reception Center at Lexington, Oklahoma, and leave therewith a copy of this Judgment and Sentence to serve as warrant authority of the Sheriff for the transportation and the imprisonment of the Defendant as herein before provided. The Sheriff to make due return to the clerk of this Court, with his proceedings endorsed thereon.

WITNESS my hand the day and year first above mentioned.

PAULA INGE
DISTRICT JUDGE

(SEAL)

ATTEST:

APRIL MAXEY
COURT CLERK

BY: _____
Deputy Clerk