# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. JEREMY JOHN KIEFFER, Defendant(s) | **HEARING MINUTES** Sealed: No | | |
| | Case No.: | 2:18-cr-1027-CJW-3 | |
| | Presiding Judge: | Mark A. Roberts, Magistrate | |
| | Deputy Clerk: | Paul Coberly | |
| | Official Court Record: FTR Gold | Contract? | -- |
| | Contact Information: | | -- |

| Date: | 11/1/2018 | Start: | 10:41 AM | Adjourn: | 11:12 AM | Courtroom: | 4 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | | | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Dan Chatham | | | | | | | |
| | Defendant(s): | Raphael M. Scheetz (Defendant appears personally) | | | | | | | |
| | U.S. Probation: | -- | | | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone: | -- |
| **TYPE OF PROCEEDING:** | **PLEA** | Contested? | No | Continued from a previous date? | No | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Defendant pleaded GUILTY to count(s): | 1 of the indictment | | | | |
| Defendant is | X | Detained | | Released | pending sentencing. |
| **Witness/Exhibit List is** | Government Exhibit 1 (plea agreement) offered and received | | | | |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | | | | |
| **Miscellaneous:** | Court places the defendant under oath. Defendant is competent and understands the charge. Defendant knows that there is an adequate factual basis, knows the minimum and maximum penalties, and knows his rights to a jury trial and voluntarily waives those rights. Defendant's plea of guilty is voluntary. Court finds that the defendant should be adjudged guilty of count 1 of the indictment based upon his plea of guilty. USP to prepare PSIR. | | | | |