Doc# 722484    Last KIEFFER      First JEREMY      Middle JOHN      DOB ▒▒/▒▒/1983   SSN ▒▒▒-▒▒-▒▒▒▒

Begin Date 07/22/2015      Offender Book ID   454514

## Movement History

| Date | Type | Code | From LOC | To LOC |
|------|------|------|----------|--------|
| 10/24/2016 | TRN | 206 | TCGPS | D2 |
| 10/22/2015 | TRN | 201 | LCCC | TCGPS |
| 10/22/2015 | ADM | INT | LCCC | TCGPS |
| 07/28/2015 | TRN | 201 | LARC | LCCC |
| 07/28/2015 | ADM | INT | LARC | LCCC |
| 07/22/2015 | ADM | 101 | ATOJ | LARC |

## Sentences

| CRF# | Cons | CNT | County | Status | Calc | J/S Date | Start Date | End Date | Prob Release |
|------|------|-----|--------|--------|------|----------|-----------|----------|--------------|
| Sequence: 1 | Terms: INC | | | Years: 5 | | 05/13/2015 | 07/22/2015 | 10/24/2016 | |
| 2015-106 | 1 | | ATOKA | EXPIRED | SPLIT | DIST OF CDS/POSS W/INTENT | | | 63-2-401 |
| Sequence: 1 | Terms: PROB | | | Years: 5 | | 05/13/2015 | 05/13/2015 | 05/12/2025 | |
| 2015-106 | 1 | | ATOKA | ACTIVE | SPLIT | DIST OF CDS/POSS W/INTENT | | | 63-2-401 |
| Sequence: 3 | Terms: | | | Years: 6.45 | | | 05/13/2015 | 10/23/2021 | |
| 2015-106 | | | ATOKA | ACTIVE | PPS | DIST OF CDS/POSS W/INTENT | | | 63-2-401 |
| Sequence: 2 | Terms: | | | Years: 5 | | | 05/13/2015 | 05/12/2020 | |
| 2015-106 | | | ATOKA | DISCHARGED | PPS | DIST OF CDS/POSS W/INTENT | | | 63-2-401 |



DEFENDANT'S EXHIBIT

- A -

CR 18-1027