# OKLAHOMA DEPARTMENT OF CORRECTIONS
## CHRONOLOGICAL RECORD

Date: 02/13/2019
12:36:51 PM

**Full Name** KIEFFER, JEREMY JOHN        **Doc Num 722484**

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 03/07/2018 | 03/07/2018 10:48 | Transfer | Offender | ROMINE, DEBORAH |

was transferred to DIVISION PP/CC SUPERVISION UNIT , TUTTLE, SHANNON

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 02/21/2017 | 02/21/2017 11:50 | Transfer | Offender | WOOD, GEORGIA |

was transferred to DIVISION PP/CC SUPERVISION UNIT , WOOD, GEORGIA

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 02/21/2017 | 02/21/2017 11:47 | ADMINISTRATIVE OFFICER II | OTHER | WOOD, GEORGIA |

IS OUT FROM TCDCC

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 02/17/2017 | 02/17/2017 08:46 | PPO GENERAL ENTRY | OTHER | ZUGER, CONSTANCE |

ON THIS DATE 02/17/2017, FIELD FILE WILL FORWARD TO ISC, OKC. E TRAN COMPLETED.

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 02/14/2017 | 02/14/2017 16:46 | PPO GENERAL ENTRY | OTHER | ZUGER, CONSTANCE |

FILE RECEIVED IN INTAKE TO FORWARD TO ISC OKC.

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 02/13/2017 | 02/13/2017 13:57 | PROBATION TEAM SUPERVISOR | ADMIN STATUS INTERESTATE OUT | PACK, BILLIE |
| 01/31/2017 | 01/31/2017 11:19 | PPO GENERAL ENTRY | OTHER | WHITFORD, BRENNA |

Administrative Caseload Checklist completed, given to TS

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 02/13/2017 | 12/14/2016 08:00 | PPO OFFICE CONTACT | OFFICE VISIT | WHITFORD, BRENNA |

Ct appeared, has plane ticket for American Airlines at 2pm, is flying alone, he is going to his parents house. Reporting instrucitons given for arrival.

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 12/13/2016 | 12/13/2016 08:43 | PPO GENERAL ENTRY | OTHER | WHITFORD, BRENNA |

Received reporting instrucitons for ICOTS transfer, called Ct and informed him that he needed to decide when he was leaving, and report to this office to get the documenation he needs to go.



# OKLAHOMA DEPARTMENT OF CORRECTIONS
## CHRONOLOGICAL RECORD

Date: 02/13/2019
12:36:51 PM

**Full Name**   KIEFFER, JEREMY JOHN                **Doc Num** 722484

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 12/05/2016 | 12/05/2016 10:21 | PPO OFFICE CONTACT | OFFICE VISIT | BURNETT, JUSTIN |

S in for OV with WR. S deneis any LEC or SA. S lists address of 1340 S 73rd E Ave (life Gates homes) and phone number of 918-600-5892. S states that he is working at Charlies Roofing making approximately $600 month. S has completed SA treatment and is not in any modules at the present time. S soc appears to be action at this time. S asked about his ICOTS transfer checked status and nothing has changed as of yet. S states that he is uptodate on CC and behind on PF. S directed to report back to his officer on 12/19@0930

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 11/18/2016 | 11/18/2016 15:06 | PPO GENERAL ENTRY | OTHER | ZUGER, CONSTANCE |

SET UP ATOKA CO. CF-2015-106 IN LEGALS. OFFICER CARD AND LABEL MADE. FIELDWARE ENROLLMENT SENT TO R & A. FILE RETURNED TO PPO WHITFORD. [CONSTZUG updated the case note on 11/18/2016 15:07:19]

| 11/18/2016 | 11/18/2016 12:57 | Court | Automatic Case Note | ZUGER, CONSTANCE |

Court appearance required for 05/13/2015 at ATOKA

| 10/25/2016 | 10/25/2016 08:55 | PPO GENERAL ENTRY | OTHER | WHITFORD, BRENNA |

Opening Audit given to TS Pack

| 10/24/2016 | 10/24/2016 13:38 | PPO OFFICE CONTACT | OFFICE VISIT | WHITFORD, BRENNA |

Ct appeared at 0800 and discharged off of GPS, and then went through intake, reassigned to this officer for Probation. Ct has active ICOTS transfer request, waiting for reporting instrucitons. VGO signed, copied for ct, reports on WR that he is still living at 1340 S 73rd E Ave, Tulsa at Lifegate Homes, his number is 918-600-5892, he is employed by Charlie Lunsford - 918-282-8500 as a roofer. No LEC or SA since last OV, not currently going to counseling, will review SA when I get his file back from intake. next OV set for 11/21/16 @ 11 am

| 10/24/2016 | 10/24/2016 08:45 | PPO GENERAL ENTRY | OTHER | ZUGER, CONSTANCE |

SUBJECT REPORTED FROM TULSA CO GPS TO TCDPP FOR PROBATION. OMS UPDATED. SENT TO SEE PPO WHITFORD.

| 10/18/2016 | 10/17/2016 10:07 | PPO OTHER CONTACT | HOME VISIT | WILLIAMS, MORGAN |

1344 S 73rd E Ave . No Violations. Lifegate Homes

**Full Name**    KIEFFER, JEREMY JOHN      **Doc Num** 722484

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 10/17/2016 | 10/17/2016 09:47 | PPO OFFICE CONTACT | OFFICE VISIT | WHITFORD, BRENNA |

Ct appeared for scheduled OV, ct provided completion certificate for 12 weeks substance abuse counseling. Ct asked about ICOTS transfer, advised him I was needing a piece of information, and as soon as I had that I would forward it on and it should not take long from that point. Ct reports address as 1340 S 73rd E Ave, Tulsa, phone # 918-600-5892, working for Charles Lunsford - 918-282-8500 as a roofer. No issues or concerns, ct seems to be in the action stage, wanting to go home to be with family, UA observed by Officer Shoemaker showed negative result for all substance. Ct will be discharging before the end of the month to probation so next OV not set yet.

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 09/23/2016 | 09/23/2016 09:41 | PPO OFFICE CONTACT | OFFICE VISIT | WHITFORD, BRENNA |

Ct appeared in office to check on ICOTS status, advised it has been filed, set up next OV for 10/24/2016 @ 11:30 am

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 09/22/2016 | 09/22/2016 11:11 | PPO GENERAL ENTRY | LOCAL RECORDS CHECK NEGATIVE | WHITFORD, BRENNA |

Negative for new charges or warrants, checked OSCN, ODCR, TRACIS

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 09/21/2016 | 09/21/2016 14:46 | PPO GENERAL ENTRY | GPS VIOLATION | WHITFORD, BRENNA |

Ct was alerted due to missing scheduled OV on Monday, is to report weekly.

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 09/06/2016 | 09/06/2016 14:32 | PPO OFFICE CONTACT | OFFICE VISIT | HAYES, TERRI |

strap changed due to too tight.

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 08/30/2016 | 08/30/2016 07:20 | PPO OTHER CONTACT | HOME VISIT | O'NEAL, JAMES |

Conducted home visit at 1340 s. 73rd e. ave. No violations.

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 08/18/2016 | 08/18/2016 10:28 | PPO OFFICE CONTACT | OFFICE VISIT | HAYES, TERRI |

Changed to gen 4 monitor.

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 08/17/2016 | 08/17/2016 09:30 | PPO OFFICE CONTACT | OFFICE VISIT | HAYES, TERRI |

S IN AND VERIFIED TX WITH OSC FOR THIS WEEK VIA PHONE WITH ANGELA FROM OKSC. CT HAS TO DO 10 WEEKS VS 4 WEEKS PER ANGELA AT OKSC. ...[08/17/2016 09:31:44] Per TS Pack ct is off weekly reporting. Next OV is 9/19/16

**Full Name    KIEFFER, JEREMY JOHN**                    **Doc Num  722484**

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 08/10/2016 | 08/10/2016 08:48 | PPO OFFICE CONTACT | OFFICE VISIT | HAYES, TERRI |

S IN AND VERIFIED TX WITH OSC FOR THIS WEEK VIA PHONE WITH ANGELA FROM OKSC. CT HAS TO DO 10 WEEKS VS 5 WEEKS PER ANGELA AT OKSC.

| 08/03/2016 | 08/03/2016 09:08 | PPO OFFICE CONTACT | OFFICE VISIT | HAYES, TERRI |

S IN AND VERIFIED TX WITH OSC FOR THIS WEEK VIA PHONE WITH ANGELA FROM OKSC. CT HAS TO DO 10 WEEKS VS 6 WEEKS PER ANGELA AT OKSC.

| 07/27/2016 | 07/27/2016 10:18 | PPO OFFICE CONTACT | OFFICE VISIT | HAYES, TERRI |

Ct came in for OV with WR. ct is on weekly reporting to verify he is in fact in treatment on Tuesday nights. Called and confirmed with Angelena with OKSC at 918-621-1600. He was in class on 7/26/16. Ct has mom in toewn he hasn't seen for 2 years and asked to have curfew extended till 9:30 pm starting today thru Sunday, Case conferenced with TS Pack and she approved it since he had been doing good on going to classes. Opened in 3M.Ct is living at Lifegate Homes at 1340 S. 73rd E Ave. tulsa, OK 74112.Ct is working at Charlie Lunsford Roofing, and brought in VOE. Ct was instructed to report back on next Wednesday, Aug 3, 2016 before 5 pm

| 07/20/2016 | 07/20/2016 15:51 | PPO OFFICE CONTACT | OTHER VISIT | PACK, BILLIE |

S IN AND VERIFIED TX WITH OSC FOR THIS WEEK VIA PHONE

| 07/19/2016 | 07/19/2016 12:49 | PPO GENERAL ENTRY | LOCAL RECORDS CHECK NEGATIVE | HAYES, TERRI |

Records check negative per OSCN, ODCR and TRACIS

| 07/13/2016 | 07/13/2016 15:47 | PPO OFFICE CONTACT | OFFICE VISIT | HAYES, TERRI |

Ct came in for OV with WR. ct is on weekly reporting to verify he is in fact in treatment on Tuesday nights. Called and confirmed with Angelena with OKSC at 918-621-1600. He was in class on 7/12/16. Ct is living at Lifegate Homes at 1340 S. 73rd E Ave. tulsa, OK 74112.Ct is working at Charlie Lunsford Roofing, and brought in VOE. Ct was instructed to report back on next Wednesday, July 20, 2016 before 5 pm

| 07/12/2016 | 07/12/2016 13:47 | PPO OFFICE CONTACT | OFFICE VISIT | PACK, BILLIE |

s in after s was notifed that s ex girlfriend called and stated that s stole change from her. had told her to make a police report.then she called back and stated s had apid her. directed s to have no contact with ex.

| 07/12/2016 | 07/12/2016 09:07 | PPO COLLATERAL CONTACT | OTHER | NICHOLS, MICHAEL |

Spoke with S's landlord Scott Gordon. Per Mr. Gordon, S can move back into sober living.

Case 2:18-cr-01027-CJW-MAR   Document 69-2   Filed 02/19/19   Page 4 of 11

# OKLAHOMA DEPARTMENT OF CORRECTIONS
## CHRONOLOGICAL RECORD

**Full Name**   KIEFFER, JEREMY JOHN                       **Doc Num** **722484**

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|

**07/07/2016**   07/07/2016 10:47   PPO OTHER CONTACT          HOME VISIT          PACK, BILLIE

this ts and ts neinstel conducted hv at 4653 n hrtford ave, tulsa. no violations observed

**07/06/2016**   07/06/2016 14:43   PPO OFFICE CONTACT         OFFICE VISIT        O'NEAL, JAMES

S reported as directed.  Viewed S points to confirm he was attending SATX as he claimed.  S stated his wmtd zone light was going off all night.  Home zone had the right address but wrong house, zone was adjusted in 3m.  no other concerns at this time. next ov 7/13

**07/05/2016**   07/05/2016 12:00   PPO COLLATERAL CONTACT     OTHER               NICHOLS, MICHAEL

Received phone call from person identifying himself at S's landlord Scott Gordon. Mr. Gordon reported that residence was sprayed for bed bugs on 6/29. Mr. Gordon also reported that house is a mess and S has done nothing in regards to upkeep. Mr Gordon reported that at one time S had a litter of puppies and 3 adult pit bulls in residence and that at this writing S is $700 behind on rent.

**07/05/2016**   07/05/2016 11:54   PPO OFFICE CONTACT         OFFICE VISIT        NICHOLS, MICHAEL

S reported as directed for unscheduled OV. Submitted WR. Questioned S in regards to AC issues this weekend at residence. This Ofc. spoke with landlord (Scott Gordon) thir morning. Mr. Gordon reported he sent AC repair man over to residence. Per AC repair the only thing wrong with unit was that it heat was turned on. Also spoke with S regarding being a reported $700 behind on rent. S was directed that if he wishes to move he must first be paid up. S submitted a UA with pos results for Oxy. S signed testing form admitting to Lortab use on 7/3. This offier advised S that Lortab would not test pos for Oxy. S reported he took a pill from someone at work, and it could have been something other than Lortab. This officer contacted OKSC to verify treatent. Was informed S failed to attend scheduled class on 6/28. Had S switched from 6 to 12 weeks of SAE treatment. S signed diversion agreement sanctioning him to weekly reporting on Wednesday until SAE treatment is complete. SOC appears to be pre-contemplation.

**06/29/2016**   06/29/2016 11:29   PPO OFFICE CONTACT         OFFICE VISIT        NICHOLS, MICHAEL

S reported as directed to lobby due to bed bugs. Submitted WR with no address or employment changes. Contacted OKSC and verified that S has engaged in treatment. NO questions at this time. Next OV 7/18 @ 0800 hrs.

**06/28/2016**   06/28/2016 08:11   PPO OTHER CONTACT          TELEPHONE CONTACT   NICHOLS, MICHAEL

S called and reported he started his SAE classes at OKSC. S called instead of reporting due to TS Pack telling him to stay out of office due to bed bugs at residence. S was directed to report tomorrow and we would meet in parking lot to complete WR.

**Full Name    KIEFFER, JEREMY JOHN**                    **Doc Num 722484**

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|-----------|--------------|----------------|--------|------------|

05/16/2016    05/16/2016 09:14    PPO OTHER CONTACT          HOME VISIT          KOTTKA, MARK

OFC. O'NEAL & I CONDCUTED A HV w/ KIEFFER @ HIS RESIDENCE OF 4653 N. HARTFORD Ave. ZA; KIEFFERE & HIS WIFE WERE STILL ALSEEP AS MY KNOCKING ON THE FRONT DOOR OF THE RESIDENCE WOKE THEM ALONG w/ THEIR TWO (2) PITBULL's; VERY MODEST THREE (3) BEDROOM HOUSE, w/ VERY MODEST FURNISHINGS; HOUSE WAS A PIG STYE, ONE HAD TO WATCH THEIR STEP ONCE INSIDE THE HOUSE; NO VIOLATIONS WERE OBSERVED IN "PLAIN VIEW" IN THE LIVING ROOM, THE MASTER BEDROOM, THE KITCHEN/DINNING AREA, NOTHING ELSE TO NOTE. mak #236

05/09/2016    05/09/2016 13:59    PPO OFFICE CONTACT          OFFICE VISIT        PACK, BILLIE

s in for ov w/wr. gave s timesheet. to bring voe on next ov 6/13/16. stated he obtained sae and compelted satx.

04/12/2016    04/12/2016 08:24    PPO OFFICE CONTACT          OFFICE VISIT        NICHOLS, MICHAEL

S reported for scheduled OV. Submitted WR with no address or employment changes. S failed to provide VOE. S was directed to bring it to every OV. S denied any LEC or SA. S has approx 860 DRS and will disch prior to parole date. S was due for Lv 4E promotion on 3/1/16. Will e-mail his Ofc. so backdated promotion can be completed. No questions at this time, next OV 5/9.

04/01/2016    04/01/2016 08:30    PPO OTHER CONTACT          HOME VISIT          JOSEPH, FRED

March 31, 2016, Joseph/Logan verified residence @ 1352 South 73 E. Ave, Tulsa. No discrepancies found.

03/14/2016    03/14/2016 15:33    PPO GENERAL ENTRY          GPS VIOLATION        BURCHFIELD, SIMEON

Creek County Vio 3-12-16 S at work vio cleared

03/07/2016    03/07/2016 10:04    PPO OFFICE CONTACT          OFFICE VISIT        WHITFORD, BRENNA

Ct appeared for scheduled OV, WR submitted. Ct advised to bring pay stubs to next OV. Ct stated she was sanctioned at the House of T to write an essay due to a conflict of personality with the house mom. I advised her that since she is not on a monitor anymore that she needs

03/07/2016    03/07/2016 09:42    PPO OFFICE CONTACT          OFFICE VISIT        WHITFORD, BRENNA

Ct appeared for scheduled OV, WR submitted. Net pay for 3/4/16 was 434.94. Ct stated he is looking for an apartment, will let me know once he has secured one so we can complete home offer. Ct stated he will be applying for ICOTS when he is discharged off the monitor. Ct should have level promotion this month, this officer will review that today. Next OV set for 4/12/16 @ 8:00am, will be conducting LSI at that time.

**Full Name**   KIEFFER, JEREMY JOHN      **Doc Num** 722484

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 02/29/2016 | 02/29/2016 12:24 | PPO GENERAL ENTRY | GPS VIOLATION | HAYES, TERRI |

Ct had charging violation on 2/26 and 2/27, he charged for over 5 hours at a time. Alerted ct and ct was given a verbal warning and told to charge as instructed in orientation.

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 02/10/2016 | 02/10/2016 09:42 | PPO OFFICE CONTACT | OFFICE VISIT | WHITFORD, BRENNA |

Ct appeared for scheduled OV, WR submitted. Net pay 1/29/16 = 277.51, 2/5/16 = 263.42. Ct is planning on getting an apartment with Jack Taylor another GPS inmate, advised that is fine, to get us an address as soon as they find a place. No issues or concerns, Next OV set for 03/07/16 @ 0930

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 01/11/2016 | 01/11/2016 10:11 | PPO OFFICE CONTACT | OFFICE VISIT | WHITFORD, BRENNA |

Ct appeared for scheduled OV, WR submitted, reviewed SAE and advised Ct to go to HSR to start classes. Officer Burchfield collected a sample for UA, this officer tested for Opiates & THC, was negative for substance. Advised CT of 30 more GTC starting 02/01/16 and level promtion requested today. [BRENWHIT updated the case note on 01/11/2016 10:27:04] Next OV set for 02/09/16 @ 9:30 am [BRENWHIT updated the case note on 01/11/2016 10:27:19]

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 01/11/2016 | 01/11/2016 09:36 | PPO GENERAL ENTRY | OTHER | WHITFORD, BRENNA |

Complted Ct level promotion for 10/22/15, given to ADS Rose for

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 01/11/2016 | 01/11/2016 09:07 | PPO OFFICE CONTACT | OFFICE VISIT | WHITFORD, BRENNA |

Ct appeared for scheduled OV, WR submitted, no questions or concerns, stated work is going good, he's getting his rent paid and a little extra in his pocket. Next OV set for 02/08/16 10:00 am

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 01/05/2016 | 01/05/2016 08:47 | PPO GENERAL ENTRY | OTHER | WHITFORD, BRENNA |

Received complted SAE for Ct recommedations included: Recovery Maintenance Program, Cognitive Skills Program, and Random UA's, will discuss with Ct at next OV scheduled for 1/11/16

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 12/28/2015 | 12/28/2015 13:28 | PPO OTHER CONTACT | TELEPHONE CONTACT | HAYES, TERRI |

Bill Bateman called from Lifegate and gave new address for Mr. Kieffer. Mr. Kieffer will now be residing at 1340. Gave Officer Whitford the information and she changed it in 3m.

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 12/28/2015 | 12/28/2015 10:17 | PPO OTHER CONTACT | TELEPHONE CONTACT | WHITFORD, BRENNA |

Ct called, was at Christmas Party on 25th at the 1340 house, stated he will be moving there, will call back and verify so this officer can change address in 3M

**OKLAHOMA DEPARTMENT OF CORRECTIONS**
**CHRONOLOGICAL RECORD**

Date: 02/13/2019
12:36:51 PM

**Full Name   KIEFFER, JEREMY JOHN**              **Doc Num 722484**

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 12/28/2015 | 12/28/2015 09:30 | PPO GENERAL ENTRY | GPS VIOLATION | WHITFORD, BRENNA |

Ct had several broken home violations from 8pm to 9pm on 12/25/15

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 12/22/2015 | 12/22/2015 16:18 | PPO GENERAL ENTRY | LOCAL RECORDS CHECK NEGATIVE | WHITFORD, BRENNA |

Local records check, OSCN, ODCR, TRACIS, no new charges/ warrants.

| 12/11/2015 | 12/11/2015 13:20 | PPO OFFICE CONTACT | OFFICE VISIT | WHITFORD, BRENNA |
|---|---|---|---|---|

Ct appeared for scheduled OV, WR submitted, timesheet given, last pay stub dated 12/4/15 net pay was 351.00. No questions or concerns, Ct denies substance abuse since last OV. This officer asked about SAE that was ordered by Officer Wingo, Ct stated he did in fact do SAE at HSR, gave Ct phone number to call and have it sent over, or Ct will get a copy and bring to next OV which is set for 1/11/16 @ 10:00 am

| 12/11/2015 | 12/11/2015 13:03 | PPO OTHER CONTACT | TELEPHONE CONTACT | WHITFORD, BRENNA |
|---|---|---|---|---|

Ct was alerted and called due to multiple home violations, stated he was doing laundry at Bill Batemans house. violation cleared

| 12/09/2015 | 12/09/2015 09:18 | PPO OTHER CONTACT | TELEPHONE CONTACT | WHITFORD, BRENNA |
|---|---|---|---|---|

Ct called, stated he was at church

| 12/09/2015 | 12/09/2015 08:45 | PPO GENERAL ENTRY | GPS VIOLATION | WHITFORD, BRENNA |
|---|---|---|---|---|

Ct alerted for 01:20:37 home violation

| 12/03/2015 | 12/03/2015 07:49 | Transfer | Offender | PACK, BILLIE |
|---|---|---|---|---|

was transferred to TULSA COUNTY DISTRICT , WHITFORD, BRENNA

| 12/04/2015 | 12/02/2015 12:05 | PPO COLLATERAL CONTACT | HOME VISIT | O'NEAL, JAMES |
|---|---|---|---|---|

completed by nichols & clayton, no violations observed

PROB046D
Page **9** of **11**

OKLAHOMA DEPARTMENT OF CORRECTIONS
CHRONOLOGICAL RECORD

Date: 02/13/2019
12:36:51 PM

**Full Name**    KIEFFER, JEREMY JOHN          **Doc Num** **722484**

| **Note Date** | **Contact Date** | **Case Note Type** | **Reason** | **Staff Name** |
|---|---|---|---|---|

11/19/2015    11/19/2015 12:38  PPO OFFICE CONTACT          OFFICE VISIT          OWENS, NATASHA

S called requesting a permanent curfew exetension, he has been out for 1 month told him no. he didn't like that answer therefore he hung up on me. When called back and asked he he would handg up he responded oh he didnt hang up the call droped. I advsied that i will make a chrono that he should not have spent the money without first getting permission for a curfew extension, he has only been out a month, and DOC is only required to give extension for Treatment, work, and church and him going to the gym don't fit the bill so the answer is still no andc the chrono will indicate that i said NO.

11/17/2015    11/17/2015 16:07  Transfer          Offender          ROSE, CAMERON

was transferred to TULSA COUNTY DISTRICT , PACK, BILLIE

11/12/2015    11/12/2015 11:17  PPO OFFICE CONTACT          OFFICE VISIT          WINGO, BOBBY

S. reported with WR and no VOE but claims empolument at Lunsford & Sons  as a roofer and laborer. S. is attending CR at God's Shininig light and has failed to get evaluation at OSC. S. denies LEC contact. S. reports new cell # 918-730-2759. and no other changes. S. to report back on 1/10/15 0915 hrs.

11/04/2015    11/04/2015 13:43  PPO GENERAL ENTRY          GPS VIOLATION          WINGO, BOBBY

Spoke with S. about Curfew violation and he reported to be at CR meeting

10/29/2015    10/29/2015 15:22  PPO OTHER CONTACT          HOME VISIT          WINGO, BOBBY

s. AT RESIDENCE ON 10/26/15 AT 2024 HRS. SOBER LIVING. NO PROBLEMS

10/29/2015    10/29/2015 13:59  PPO GENERAL ENTRY          GPS VIOLATION          WINGO, BOBBY

Violation cleared as S. at Spirit Life church. adjust in 3M for church services.

10/26/2015    10/26/2015 16:32  PPO GENERAL ENTRY          GPS VIOLATION          WINGO, BOBBY

Violation cleared as S. at Spirit Lifew church. adjust in 3M for church services.

10/26/2015    10/26/2015 16:18  PPO OFFICE CONTACT          OFFICE VISIT          WINGO, BOBBY

S. reported on 10/22/15 had power outage and returned on 10/23/15 and completed orientatiion paper work, and PHS. S. going to reside at 1379 S. 73rd East Ave in Tulsa, 74112 At Life Gate Sober living. next ov 11/12/15 @ 1045 hrs.

PROB046D
Page 10 of 11

OKLAHOMA DEPARTMENT OF CORRECTIONS
CHRONOLOGICAL RECORD

Date: 02/13/2019
12:36:51 PM

**Full Name** KIEFFER, JEREMY JOHN          **Doc Num** 722484

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 10/26/2015 | 10/26/2015 08:18 | Court | Automatic Case Note | HAWTHORNE, GRETA |

Court appearance required for 05/13/2015 at ATOKA

| 10/22/2015 | 10/22/2015 14:21 | Transfer | Offender | ZUGER, CONSTANCE |
|---|---|---|---|---|

was transferred to TULSA COUNTY DISTRICT , WINGO, BOBBY ...[10/22/2015 14:21:47]  SUBJECT REPORTED FROM FREDERICK CWC TO TCDCC FOR GPS AND ASSIGNED.

| 10/21/2015 | 10/21/2015 13:38 | CASE MANAGER | Plan when returned to the community | BARKER, GLENFORD |
|---|---|---|---|---|

Offender is scheduled to transfer to the GPS program on 10/22/15

| 09/24/2015 | 09/24/2015 16:50 | CASE MANAGER | GENERAL | PATTERSON, DEWEY |
|---|---|---|---|---|

GPS packet received from case manager 9/17/15. Packet reviewed that date and per rap sheet inmate has assault and battery arrest/conviction.  Does not indicate if it is a domestic.  Case manager directed to discern if the case is domestic.  Notified 9/21/15 assault is not domestic.  Packet entered into OMS this date. Packet delivered to ADS Janis this date.

| 09/24/2015 | 09/24/2015 16:42 | ASSISTANT DISTRICT SUPERVISOR | GENERAL ENTRY | JANIS, DWAYNE |
|---|---|---|---|---|

GPS packet reviewed

| 09/16/2015 | 09/16/2015 11:32 | CASE MANAGER | GENERAL | STROPES, SHARON |
|---|---|---|---|---|

OFFENDER KIEFFER HAS REQUESTED PLACEMENT IN THE GPS PROGRAM. AS OF 8/31/15 OFFENDER KIEFFER HAD 1620 DAYS REMAINING TO SERVE. OFFENDER WILL BE GPS ELIGIBLE 10/22/15 (90 DAYS FROM LARC). OFFENDER HAS AN APPROVED HOME OFFER. OFFENDER HAS MET THE REQUIREMENTS FOR GPS PLACEMENT.OFFENDER KIEFFER HAS REQUESTED PLACEMENT IN THE GPS PROGRAM. AS OF 8/31/15 OFFENDER KIEFFER HAD 1620 DAYS REMAINING TO SERVE. OFFENDER WILL BE GPS ELIGIBLE 10/22/15 (90 DAYS FROM LARC). OFFENDER HAS AN APPROVED HOME OFFER. OFFENDER HAS MET THE REQUIREMENTS FOR GPS PLACEMENT.

| 09/15/2015 | 09/15/2015 14:07 | PPO COLLATERAL CONTACT | RESIDENCE VERIFICATION | WINGO, BOBBY |
|---|---|---|---|---|

S. has vaild home offer with Life Gate, no warrants found TPD or OSCN or ODCR.

| 08/26/2015 | 08/26/2015 13:00 | CASE MANAGER | GENERAL | STROPES, SHARON |
|---|---|---|---|---|

Received approval for Life Gate Tulsa. Submitted Home offer.

Case 2:18-cr-01027-CJW-MAR   Document 69-2   Filed 02/19/19   Page 10 of 11

**OKLAHOMA DEPARTMENT OF CORRECTIONS**

**CHRONOLOGICAL RECORD**

**Full Name** KIEFFER, JEREMY JOHN                    **Doc Num** 722484

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 08/25/2015 | 08/25/2015 16:22 | CASE MANAGER | GENERAL | STROPES, SHARON |

Promoted to Level 3E.

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 08/24/2015 | 08/24/2015 12:56 | CASE MANAGER | GENERAL | STROPES, SHARON |

Emailed transitional housing application to Life Gate.

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 08/03/2015 | 08/03/2015 09:33 | ADMINISTRATIVE OFFICER I | OTHER | COFFMAN, KAREN |

PLACED IOWA DRIVERS LICENSE IN FOLDER FOR PICKUP BY FREDERICK CWC.

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 07/31/2015 | 07/31/2015 14:48 | CASE MANAGER | GENERAL | STROPES, SHARON |

Offender is new arrival at FCWC. Offender is GPS eligible at 90 days from LARC. Offender needs transiutional housing. Will apply to Oxford house in OKC. Offender does not have Birth cert., SSN. Offender states he had state ID at A&R. Will contact records to see if sent there. Offender informed of FCWC rules, money issues, and PREA.

| Note Date | Contact Date | Case Note Type | Reason | Staff Name |
|---|---|---|---|---|
| 07/23/2015 | 07/23/2015 13:59 | CASE MANAGER | CASE MANAGER | BARRETT, RAUNA |

ALL INMATE DATA NOT VERIFIED, SUBJECT IN ON HIS 1ST KNOWN INCARCERATION, NO JOLTS FOUND, SENTENCED TO SPLIT 5/5 ON CF2015-106, POSS CDS W/INTENT, ATOKA CO, ASSESSED WITH 4 POINTS (2 FOR CURRENT / 2 FOR AGE OF 31), SUBJECT IS ENHANCED, CCC, & GPS ELIGIBLE, DENIES ANY SEPARATEE OR GANG AFFILIATION, NEEDS COGNITIVE BEHAVIOR BASED ON JSAT/ASUS SCORES. [RAUNAMAR updated the case note on 07/23/2015 14:01:03]