# UNITED STATES DISTRICT COURT

## Northern District of Iowa

Jeremy John Kieffer (Petitioner)

v.

United States of America (Respondent)

RECEIVED MA. 26 2020

Criminal Case No: 2:18CR01027-003

## MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. §§3582 (c)(1)(A)(i)

Comes now, Jeremy Kieffer, Pro-se and in want of counsel and respectfully moves this honorable Court for an order granting early release from the judgement entered in the above cited case. In support, petitioner would state:

### EXTRAORDINARY AND COMPELLING REASONS

Covid-19 is a deadly virus that has and will continue to sweep through Federal Prisons as noted by media reports. No cure or vaccine is available. thus prisoners are exposed due to close quarters and it is impossible to comply with social distancing recommended by the C.D.C. and W.H.O. Federal Prisons do not have sufficient medical staff of facilities to properly treat this virus which should warrant expidited review of this motion as lives are at stake.

### JURISDICTION

This court is authorized by Statute 18 U.S.C. §§3582(c)(1)(A)(i) and the Cares Act enacted by Congress to exercise jurisdiction over this matter.

### RELIEF SOUGHT

Based on these undisputed facts, petitioner prays this honorable court will grant the relief sought, or any other relief the court deems appropriate and just.

Respectfully Submitted

⇨ 17653-029 ⇨

Jeremy Kieffer
#17653-029
Federal Correctional Institution
P.O. Box 5000
Greenville, IL 62246
United States



SAINT LOUIS MO 630

21 MAY 2020 PM 4 1

5/21/20 ₁c

United States District Court
N.D. of Iowa
111 ⁷ᵗʰ Ave. SE Cedar Rapids, 52401- 2101

Case 2:18-cr-01027-CJW-MAR   Document 121   Filed 05/26/20   Page 2 of 2

52401-210312